```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
CHEMOIL LATIN AMERICA INC,
                            Plaintiff,

           -against-

M/V BIRCH 6, her tackle, boilers, apparel, furniture, engines, appurtenances, etc., *in rem*,
                           Defendants.
------------------------------------------------------------------X

15-CV-880 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 3, 2017, this case was stayed;

    IT IS HEREBY ORDERED that by no later than **Friday, April 2, 2021**, the parties must file a joint update informing the Court of the status of the litigation and the prospect for settlement.

**SO ORDERED.**

**Date: March 14, 2021**
**New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**